# MINUTE ORDER

Page 2

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor          Date: 12/11/23     Time: 2:00 p.m.

Defendant: Raul Rodriguez          J#: 90614-510     Case #: 23-20474-CR-MARTINEZ

AUSA: Christopher Browne          Attorney: Manuel Gonzalez Jr. - PERM

Violation: FRAUD/OPERATION OF UNLICENSED MONEY TRANSMITTING BUSINESS          Surr/Arrest Date: 12/11/23     YOB: 1980

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ○ Yes ☑ No          Recommended Bond: _____

Bond Set at: STIP - $150K PSB          Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs          Language: Spanish

☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☑ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
Deft. advised of rights and charges

Deft. sworn; Attorney Gonzalez is present previously filed a Perm - M.O.A.
Defense Stipulated to $150K PSB; Defendant Released
Deft. executes Waiver of Indictment in open court
Court accepts. Information
Reading of ~~Indictment~~ Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.
Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 14:26:45; 14:34:00          Time in Court: 12 Minutes

s/Eduardo I. Sanchez          Magistrate Judge